IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CARLTON J. WALKER,

Plaintiff,

v.

JUDGE KATHY PALMER; JOHN A. FITZNER; and JONATHAN LOCKWOOD,

Defendants.

CIVIL ACTION NO.: 6:15-cv-9

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 15). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

Plaintiff, an inmate at Valdosta State Prison, brought this action, pursuant to 42 U.S.C. § 1983 to recover monetary damages for his allegedly unlawful imprisonment. (Doc. 1.) In the Report and Recommendation, the Magistrate Judge conducted the requisite frivolity review under 28 U.S.C. § 1915A. The Magistrate concluded that Plaintiff's claims are barred by several doctrines, including the favorable termination requirement of Heck v. Humphrey, 512 U.S. 477 (1994), Eleventh Amendment immunity, judicial immunity, prosecutorial immunity, and the statute of limitations. (Doc. 15, pp. 5–10.) Accordingly, the Magistrate Judge recommended that this action be dismissed for Plaintiff's failure to state a claim.

Plaintiff has not filed any pleadings styled as objections to the Report and Recommendation. However, Plaintiff filed two documents, one which was docketed as a letter, (doc. 17), and another which was docketed as a supplement to the Complaint, (doc. 18).

Nonetheless, neither of these documents addresses the Magistrate Judge's numerous reasons for dismissal of the Complaint. Consequently, to the extent Plaintiff sought to object to the Report and Recommendation through these filings, those objections are **OVERRULED**.

Additionally, Plaintiff's recent filings do not amend the Complaint, as Plaintiff makes the same allegations and requests the same relief in these documents as in his original Complaint.[1] Additionally, even if Plaintiff attempted to amend the Complaint through these filings, nothing in the filings and attachments thereto address, much less remedy, the fatal deficiencies in Plaintiff's Complaint noted by the Magistrate Judge.

Consequently, the Court **DISMISSES** this action for all of the reasons stated in the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint, brought pursuant to 42 U.S.C. § 1983 is **DISMISSED**, and Plaintiff is **DENIED** leave to appeal *in forma pauperis*. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 2nd day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Indeed, Plaintiff did not indicate that he was seeking to amend his Complaint in either of these documents.