# United States District Court
## Southern District of Georgia

CARLTON J. WALKER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV615-009

JUDGE KATHY PALMER; JOHN A. FITZNER; and JONATHAN LOCKWOOD,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 2, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED and stands CLOSED.



| | |
|---|---|
| February 2, 2016 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(signature)* |
| | *(By) Deputy Clerk* |